Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002226
03-NOV-2014
11:34 AM

CAAP-13-0002226

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
MARTIN YOUNG, Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-1580)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on July 31, 2014, is hereby corrected as follows:

1.    On page 2, in the fifteenth line, the word "was" should be replaced with "were" so that as corrected, the text reads: ". . . numerous items, including his Taylor GS Mini guitar, were stolen."

2.    On page 4, in the ninth line, the word "his" should be inserted between the words "in" and "own" so that as corrected, the text reads: "Young testified in his own defense at trial."

_____

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, November 3, 2014.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge